UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
YASMIN CARTY,                          )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )          Civil Action No. 09-1238 (PLF)
                                       )
DISTRICT OF COLUMBIA,                  )
                                       )
        Defendant.                     )
_____)


## ORDER

For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

ORDERED that defendant's motion to dismiss [3] is GRANTED; it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable

Order. See Rule 4(a), FED. R. APP. P.

SO ORDERED.


                              _/s/_____
                              PAUL L. FRIEDMAN
                              United States District Judge
DATE: March 29, 2010